UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FAIR HOUSING CENTER OF CENTRAL INDIANA, INC., et al., <br><br>          Plaintiffs, <br><br> v. <br><br> GRANDVILLE COOPERATIVE INC., et al. <br><br>          Defendant. | Case No. 1:16-cv-00300-SEB-DML |

## MOTION TO APPEAR *PRO HAC VICE*
## FILED ON BEHALF OF ATTORNEY CHRISTOPHER BRANCART

Thomas E. Crishon of Indiana Protection and Advocacy Services, pursuant to S. D. Ind. Local Rule 83-6(a), hereby moves this court for an Order granting Christopher Brancart of Brancart & Brancart, leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Fair Housing Center of Central Indiana, Inc., Virginia Morton, and Sharna McFarland in the above-styled cause only. In support of this motion, the undersigned states:

1. The Certification of Christopher Brancart, as required by S.D. Ind. Local Rule 83-6(b), is attached hereto as Exhibit A.

2. Electronic payment in the amount of One Hundred Dollars ($100.00) has been submitted via pay.gov contemporaneously with the filing of this motion.

///

///

///

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting Christopher Brancart leave to appear *pro hac vice* for purposes of this cause only.

Dated: February 9, 2016

        Respectfully submitted,

        s/ Thomas E. Crishon_____
        Thomas E. Crishon
        No. 28513-49
        INDIANA PROTECTION AND ADVOCACY SERVICES
        4701 N. Keystone Ave., Suite 222
        Indianapolis, IN 46205
        317/722-5555
        Fax: 317/722-5564
        tcrishon@ipas.IN.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2016, a copy of the foregoing Motion to Appear *Pro Hac Vice* on Behalf of Attorney Christopher Brancart was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.  Parties may access this filing through the court's system.

s/ Thomas E. Crishon
Thomas E. Crishon
No. 28513-49

INDIANA PROTECTION AND ADVOCACY SERVICES
4701 N. Keystone Ave., Suite 222
Indianapolis, IN 46205
317/722-5555
Fax: 317/722-5564
tcrishon@ipas.IN.gov