**Exhibit A**

**Certification of Christopher Brancart
In Support of Motion to Appear *Pro Hac Vice***

In support of the Motion to Appear *Pro Hac Vice* filed on my behalf by Thomas E. Crishon of Indiana Protection and Advocacy Services, and pursuant to S. D. Ind. Local Rule 83-6(b), the undersigned states:

1. I am admitted to practice and in good standing (*i.e.,* currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s): California Bar, 1987; Nevada Bar, 2004; Maine Bar, 1986; North Dakota Bar, 2001; the District Courts for the Southern (1989), Central (1987), Northern (1989) and Eastern (1989) Districts of California; the District of Nevada, 2004; the District of North Dakota, 2000; Court of Appeals for the Ninth Circuit, 1989; Court of Appeals for the Eighth Circuit, 2002; and the Supreme Court, 2002.

2. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3. I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local

///

///

///

Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

    I certify that the above information is true and correct.

    Dated: January 27, 2016.

Respectfully submitted,

_____
Christopher Brancart (CA 128475)
Brancart & Brancart
P.O. Box 686
Pescadero, CA 94060
Tel: (650) 879-0141
Fax: (650) 879-1103
*cbrancart@brancart.com*

MOTION TO APPEAR PRO HAC VICE - 4