## U.S. DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| FAIR HOUSING CENTER OF CENTRAL INDIANA, INC., et al. | CASE NO: 1:16-cv-00300-LJM-DML |
| PLAINTIFFS, | JUDGE: LARRY J. MCKINNEY |
| vs. | MAGISTRATE JUDGE: DEBRA McVICKER LYNCH |
| GRANDVILLE COOPERATIVE, INC., et al. | **DEFENDANTS' SECOND MOTION FOR JUDGMENT ON THE PLEADINGS** |
| DEFENDANTS. | |

Pursuant to Federal Rule of Civil Procedure 12(c), Defendants, Grandville Cooperative, Inc. ("Grandville"), Kirkpatrick Management Co., Inc. ("Kirkpatrick"), and Karen Mitchell ("Ms. Mitchell") (collectively, "Defendants"), move for judgment on the pleadings on Plaintiffs' Third Amended Complaint. Plaintiffs have failed to state a claim and Defendants are entitled to judgment as a matter of law. A Brief in Support has been filed separately.

Respectfully Submitted,

*/s/ Brian P. Nally*
Brian P. Nally (29650-76)
Lyndsay I. Ignasiak (30690-45)
**REMINGER CO., L.P.A.**
College Park Plaza
8909 Purdue Road, Suite 200
Indianapolis, IN 46268
T: (317) 853-7372
F: (317) 663-8580
bnally@reminger.com
lignasiaki@reminger.com

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 24th day of October, 2016, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                        */s/ Brian P. Nally*
                                        Brian P. Nally (29650-76)