# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| FAIR HOUSING CENTER OF CENTRAL INDIANA, INC., et al. | ) | CASE NO:   1:16-cv-00300-SEB-DML |
| | ) | |
| | ) | JUDGE: SARAH EVANS BARKER |
| PLAINTIFFS, | ) | |
| | ) | MAGISTRATE JUDGE: DEBRA |
| vs. | ) | McVICKER LYNCH |
| | ) | |
| GRANDVILLE COOPERATIVE, | ) | |
| INC., et al. | ) | |
| | ) | |
| DEFENDANTS. | ) | |
| | ) | |

## ORDER GRANTING DEFENDANTS' MOTION TO EXTEND NON-EXPERT DISCOVERY TO ALLOW DEPOSITIONS

This matter is before the court on Defendants' Motion to Extend Non-Expert Discovery to Allow Depositions.  Being duly advised, the court GRANTS the motion (Dkt. 85).  The non-expert discovery deadline is extended to February 1, 2017.

So ORDERED.

Date:_____ 1/11/17

_____
JUDGE, U.S. DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF INDIANA

Service will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.