UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FAIR HOUSING CENTER OF ) 
CENTRAL INDIANA, ) 
VIRGINIA MORTON, ) 
SHARNA MCFARLAND, ) 
LINDSAY ADAMS, )     No. 1:16-cv-00300-LJM-DML
    ) 
    Plaintiffs, ) 
    ) 
    vs. ) 
    ) 
GRANDVILLE COOPERATIVE INC., ) 
KAREN MITCHELL, ) 
KIRKPATRICK MANAGEMENT ) 
COMPANY, INC., ) 
    ) 
    Defendants. ) 

## Entry from Settlement Conference

The plaintiff, in person and by counsel, and the defendant, by its authorized

representatives, appeared for a settlement conference on January 30, 2017, with the

magistrate judge. The conference was held and concluded without settlement.

Date:_____  2/1/17

_Debra McVicker Lynch_
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system