# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| FAIR HOUSING CENTER OF CENTRAL INDIANA, INC.; VIRGINIA MORTON; SHARNA MCFARLAND; and LINDSAY ADAMS, | |
| Plaintiffs, | Case No. 1:16-cv-00300-LJM-DML |
| v. | |
| GRANDVILLE COOPERATIVE, INC.; KAREN MITCHELL; and KIRKPATRICK MANAGEMENT CO. INC., | |
| Defendants. | |

## PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiffs Fair Housing Center of Central Indiana, Inc., Virginia Morton, Sharna McFarland, and Lindsay Adams ("Plaintiffs") respectfully move this Court for an entry of partial summary judgment against Defendants Grandville Cooperative, Inc., Karen Mitchell, and Kirkpatrick Management Co. Inc. pursuant to Federal Rules of Civil Procedure 56(a). This motion is timely. (Dkt. 114).

By this motion, Plaintiffs ask the Court to order summary judgment on the following claims:

- First, they seek partial summary judgment under the provision of the Fair Housing Act that prohibits statements that suggest, to an ordinary reader, any preference, limitation, or discrimination based on familial status or disability. 42 U.S.C. § 3604(c). Because any reasonable jury would conclude that, to an ordinary reader,

    the rejection letter suggests a dispreference based on disability and that the published rules suggest limitations based on familial status, this Court should grant Adams, McFarland, Morton, and the Fair Housing Center partial summary judgment as to liability for those statements.

- Additionally, Morton, McFarland, and the Fair Housing Center seek partial summary judgment under the provision of the Fair Housing Act that bars refusing to rent dwellings because of disability. 42 U.S.C. § 3604(f)(1). Grandville's rejection letter and its discovery responses admit that when they turned down Morton's and McFarland's application, it did just that; no reasonable jury would conclude otherwise.

- Finally, Morton, McFarland, and the Fair Housing Center seek partial summary judgment under the provision of the Fair Housing Act that prohibits improper inquiries about the nature or severity of a prospective renter's disability. 24 C.F.R. § 100.202(c); *see also see also Meyer v. Holley*, 537 U.S. 280, 287 (2003) (applying *Chevron* deference to HUD regulation interpreting the Fair Housing Act). In a meeting with McFarland, Karen Mitchell made a number of improper inquiries into the nature and severity of Morton's disability. No reasonable jury could find otherwise.

//
//
//

As to each of these, there is no genuine dispute as to any material fact and the Plaintiffs are entitled to judgment as a matter of law. A Brief in Support and pertinent declarations are filed concurrently with this motion.

Dated: April 10, 2017.

                Respectfully submitted,

*s/ Thomas E. Crishon*
Thomas E. Crishon (No. 28513-49)
Melissa L. Keyes (No. 30152-49)
INDIANA DISABILITY RIGHTS
4701 N. Keystone Ave., Suite 222
Indianapolis, IN 46205
317/722-5555
Fax: 317/722-5564
tcrishon@indianadisabilityrights.org
mkeyes@indianadisabilityrights.org

*s/ Christopher Brancart*
Christopher Brancart (CA128475)
BRANCART & BRANCART
Post Office Box 686
Pescadero, CA 94060
650/879-0141
Fax: 650/879-1103
cbrancart@brancart.com

Attorneys for Plaintiffs

### CERTIFICATE OF SERVICE

On April 10, 2017, I served all parties by their attorneys' of record by filing with the Court's CM/ECF system **PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**. The CM/ECF system delivered the document by email to:

Thomas E. Crishon
Melissa L. Keyes
INDIANA DISABILITY RIGHTS
4701 N. Keystone Avenue, Suite 222
Indianapolis, IN 46205
tcrishon@indianadisabilityrights.org
mkeyes@indianadisabilityrights.org

Christopher Brancart
BRANCART & BRANCART
P.O. Box 686
Pescadero, CA 94060
cbrancart@brancart.com

Brian P. Nally
REMINGER CO., L.P.A.
101 West Prospect Avenue, Suite 1400
Cleveland, OH 44115
bnally@reminger.com

Lyndsay I. Ignasiak
REMINGER CO., L.P.A.
Three Parkwood
450 East 96th Street, Suite 150
Indianapolis, IN 46240
lignasiak@reminger.com

Anthony S. Ridolfo
Ellen Morrison Townsend
HACKMAN HULETT LLP
135 N. Pennsylvania Street, Suite 1610
Indianapolis, IN 46204-2454
aridolfo@hhlaw-in.com
etownsend@hhlaw-in.com

    s/ *Thomas E. Crishon*
    Thomas E. Crishon