UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| FAIR HOUSING CENTER OF | ) | |
| CENTRAL INDIANA, | ) | |
| VIRGINIA MORTON, | ) | |
| SHARNA MCFARLAND, | ) | |
| LINDSAY ADAMS, | ) | No. 1:16-cv-00300-LJM-DML |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| GRANDVILLE COOPERATIVE INC., | ) | |
| KAREN MITCHELL, | ) | |
| KIRKPATRICK MANAGEMENT | ) | |
| COMPANY, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## Entry and Order from Telephone Settlement Conference

The parties, by counsel, appeared for a telephone settlement conference on

June 27, 2017, with the magistrate judge.

This case is set for a telephone status conference on **July 13, 2017 at 2:30

p.m.**, with the Magistrate Judge Debra McVicker Lynch. Counsel are to contact the

court at 317-229-3630 to participate in the conference. Where multiple counsel

representing a party are participating in the conference, those counsel should make

arrangements to call the court on a single line.


So ORDERED.

Date: _____  6/27/17

_____
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record by email through the Court's ECF system