# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| FAIR HOUSING CENTER OF CENTRAL INDIANA, INC.; VIRGINIA MORTON; SHARNA MCFARLAND; and LINDSAY ADAMS, <br><br> Plaintiffs, <br><br> v. <br><br> GRANDVILLE COOPERATIVE, INC.; KAREN MITCHELL; and KIRKPATRICK MANAGEMENT CO. INC., <br><br> Defendants. | Case No. 1:16-cv-00300-LJM-DML |

## NOTICE OF SETTLEMENT

Pursuant to the Court's Order (Dkt. 143), Plaintiffs Fair Housing Center of Central Indiana, Inc., Virginia Morton, Sharna McFarland, and Lindsay Adams ("Plaintiffs") hereby submit this Notice of Settlement to notify the Court that this lawsuit has been settled, and to request 30 days in which to file Notice of Dismissal.

Dated: July 27, 2017.

                                            Respectfully submitted,

                                            *s/ Thomas E. Crishon*
                                            Thomas E. Crishon (No. 28513-49)
                                            Melissa L. Keyes (No. 30152-49)
                                            INDIANA DISABILITY RIGHTS
                                            4701 N. Keystone Ave., Suite 222
                                            Indianapolis, IN 46205
                                            317/722-5555
                                            Fax: 317/722-5564
                                            tcrishon@indianadisabilityrights.org

mkeyes@indianadisabilityrights.org

*s/ Christopher Brancart*
Christopher Brancart (CA128475)
BRANCART & BRANCART
Post Office Box 686
Pescadero, CA 94060
650/879-0141
Fax: 650/879-1103
cbrancart@brancart.com

Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

On July 27, 2017, I served all parties by their attorneys' of record by filing with the Court's CM/ECF system **NOTICE OF SETTLEMENT**. The CM/ECF system delivered the document by email to:

Thomas E. Crishon
Melissa L. Keyes
INDIANA DISABILITY RIGHTS
4701 N. Keystone Avenue, Suite 222
Indianapolis, IN 46205
tcrishon@indianadisabilityrights.org
mkeyes@indianadisabilityrights.org

Christopher Brancart
BRANCART & BRANCART
P.O. Box 686
Pescadero, CA 94060
cbrancart@brancart.com

Brian P. Nally
REMINGER CO., L.P.A.
101 West Prospect Avenue, Suite 1400
Cleveland, OH 44115
bnally@reminger.com

Lyndsay I. Ignasiak
REMINGER CO., L.P.A.
Three Parkwood
450 East 96th Street, Suite 150
Indianapolis, IN 46240
lignasiak@reminger.com

Anthony S. Ridolfo
Ellen Morrison Townsend
HACKMAN HULETT LLP
135 N. Pennsylvania Street, Suite 1610
Indianapolis, IN 46204-2454
aridolfo@hhlaw-in.com
etownsend@hhlaw-in.com

    s/ *Thomas E. Crishon*
    Thomas E. Crishon